**Opinion issued August 2, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00389-CR

_____

**ERNESTO CORTEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 2162224**

---

## MEMORANDUM OPINION

On June 12, 2018, the trial court held a hearing wherein appellant affirmatively stated that he does not wish to pursue an appeal of his conviction. Appellant's counsel subsequently filed a motion to dismiss the appeal, but the motion does not comply with Texas Rule of Appellate Procedure 42.2(a) because it

is not signed by appellant. *See* TEX. R. APP. P. 42.2(a) (requiring motion for voluntary dismissal in criminal case to be signed by both counsel and appellant). However, because appellant's desire not to pursue this appeal is clear from the hearing record, we conclude that good cause exists to suspend operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2.

Accordingly, no decision of this Court having been delivered, we grant the motion and dismiss the appeal.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.

Do not publish. TEX. R. APP. P. 47.2(b).